HENRY A. SMITH, INC., Appellant-Respondent, v. INDUSTRIAL BANK OF UTICA, Respondent-Appellant, et al., Defendants.— Order affirmed, without costs of these appeals to any party. All concur. (Cross appeals from an order of Oneida Special Term denying plaintiff's motion for summary judgment and denying the bank's motion under rule 113.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

CARL FOULTZ, Respondent, v. THOMAS J. O'CONNOR, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Oswego Trial Term for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

WILLIAM J. HAWKINS, Respondent, v. GRAY METAL PRODUCTS, INC., et al., Appellants, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Steuben Trial Term for plaintiff and against defendants Gray corporation and Gray for $50,000 which was reduced by stipulation of plaintiff to $35,000 pursuant to a conditional order, in an automobile negligence action. The order denied defendants' motion for a new trial on condition that plaintiff filed stipulation reducing the verdict.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *post*, p. 1116.]